IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOUIS B. ANTONACCI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1093-CFC-EGT |
| | ) | |
| DESCRYBE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before me are Plaintiff's objections to the Report and Recommendation issued by the Magistrate Judge on May 29, 2026. D.I. 31. The Magistrate Judge recommended in her Report and Recommendation that I grant Defendant's motion to dismiss (D.I. 12). D.I. 30 at 9. I have reviewed the Report and Recommendation, Plaintiff's objections, the proposed amended complaint attached to the objections, Defendant's response to the objections, and the briefing filed in connection with the motion to dismiss.

The Magistrate Judge had the authority to make her findings and recommendation under 28 U.S.C. § 636(b)(1)(B). I review the Magistrate Judge's findings and recommendations de novo. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3); *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011).

I agree with the Magistrate Judge's thorough analysis and conclusions and will therefore adopt the Report and Recommendation and overrule Plaintiff's objections. If Plaintiff wishes to seek leave to file an amended complaint, he needs file a separate motion to seek such leave.

NOW THEREFORE, at Wilmington on this Thirty-first Day of August in 2026, it is HEREBY ORDERED that:

1. Plaintiff's Objections (D.I. 31) are **OVERRULED** and the Magistrate Judge's Report and Recommendation (D.I. 30) is **ADOPTED**.
2. Defendant's motion to dismiss (D.I. 12) is **GRANTED**.
3. Plaintiff's Motion to Expedite Case (D.I. 19) and Motion for Court to Issue Scheduling Order and Order Defendant to Answer Complaint (D.I. 21) are **DENIED AS MOOT**.
4. If Plaintiff wishes to file an amended complaint, he must file no later than September 15, 2026 a motion for leave to file an amended complaint.

Chief Judge